

**FILED**
MAY 08 2013
Phil Lombardi, Clerk
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. **13 CR 085 JED** |
| | ) | |
| Plaintiff, | ) | **FILED UNDER SEAL** |
| | ) | |
| v. | ) | **INDICTMENT** |
| | ) | [18 U.S.C. § 875(c): Interstate |
| RICHARD JAMES GIROUX, | ) | Communication of a Threat] |
| | ) | |
| Defendant. | ) | |

**THE GRAND JURY CHARGES:**

On or about April 17, 2013, in the Northern District of Oklahoma, the defendant **RICHARD JAMES GIROUX,** did knowingly transmit in interstate commerce, from the State of Oklahoma to the State of Maryland, a telephone communication to an employee of the Social Security Administration, which telephone communication contained a threat to injure, that is, to kill Social Security Administration employees.

All in violation of Title 18, United States Code, Section 875(c).

DANNY C. WILLIAMS, SR.
UNITED STATES ATTORNEY

A TRUE BILL

_____
MATTHEW P. CYRAN
Assistant United States Attorney

/s/ Grand Jury Foreperson
Grand Jury Foreperson